IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CRAZYMULE, JR.,<br><br>Defendant. | CR 23-16-BLG-SPW<br><br>ORDER GRANTING MOTION IN LIMINE |

Before the Court is Defendant Kenneth Crazymule, Jr.'s Motion in Limine. (Doc. 27). Crazymule was charged on February 16, 2023, with two counts of assault resulting in substantial bodily injury to a dating or intimate partner, and two counts of assault with a dangerous weapon. (Doc. 1). His trial is scheduled for November 13, 2023. (Doc. 30).

Crazymule's Motion in Limine seeks admission of two types of evidence at trial: (1) reputation or opinion evidence on the alleged victim's violent character under Federal Rule of Evidence 404(a)(2)(B); and (2) evidence of specific acts of violence by the alleged victim to show Crazymule's state of mind during the instant offenses under Rule 405(b)(2). (Doc. 28).

The Government does not object to the admission of either type of evidence. (Doc. 33 at 2). The Government also notices its intent to offer testimony from

1

Jane Doe 2 regarding her opinion and/or the reputation of Crazymule's violent character under Rule 404(a)(2)(B)(ii), and regarding Crazymule's abuse of her and repeated claims that she was the instigator of the violence to show lack of accident or plan under Rule 404(b). (*Id.* at 4-5). Crazymule did not file a reply.

Given the Government's lack of opposition to the motion and the conformity of both parties' requests with the Federal Rules of Evidence, the Court grants the motion and admits the at-issue evidence.

IT IS SO ORDERED that Defendant Kenneth Crazymule, Jr.'s Motion in Limine (Doc. 27) is GRANTED.

DATED the 25th day of September, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE